UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

---

MANPOWERGROUP US INC.,

    Plaintiff,         Case No.:

v.               Case Code:  190 (Other Contract)

ACTITECH, L.P.,

    Defendant.

---

**PLAINTIFF'S DISCLOSURE STATEMENT**

---

  The undersigned, counsel of record for ManpowerGroup US Inc., plaintiff, furnishes the following disclosure in compliance with Fed. R. Civ. P. 7.1:

  ManpowerGroup US Inc., is a wholly owned subsidiary of ManpowerGroup Inc., a publicly held corporation whose stock is traded on the New York Stock Exchange.

Dated: 09/03, 2021.

                     s/ Matias Eduardo Garcia
                Matias Eduardo Garcia
                Bar Number:
                Attorney for ManpowerGroup US Inc.
                Barnett Garcia, PLLC
                3821 Juniper Trace, Ste 108
                Austin, TX 78738
                Telephone: (512) 266-8830
                Fax: (512) 266-8803
                Email: matt@barnettgarcia.com