UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

---

MANPOWERGROUP US INC.,
100 Manpower Place,
Milwaukee, WI 53212,

        Plaintiff,                  Case No.: 21-cv-00690

v.                               Case Code: 190 (Other Contract)

ACTITECH, L.P.,
301 FM 1417 West,
Sherman, TX 75092,

        Defendant.

## NOTICE

COMES NOW, Matias Eduardo Garcia, attorney for Plaintiff, Manpowergroup US, Inc. and files this, his Notice as requested by Magistrate Judge Christine A. Nowak to explain his absence at a status conference set for January 11, 2022 at 2 p.m. in Courtroom A01 in the Sherman Annex and would respectfully show the Court as follows:

1. Mr. Garcia's failure to attend the status conference call was not one of intentional indifference or callous disregard for the Court's setting but a calendaring mistake.

2. On November 18, 2021, Mr. Garcia received an Order requiring the Rule 26 Meeting Report due on December 22, 2021 and requiring a scheduling conference on January 11, 2022.

3. Mr. Garcia proceeded to calendar the Rule 26 Meeting Report but failed to calendar a scheduling conference.

4. Mr. Garcia has sent an email apologizing to opposing counsel and takes this opportunity to apologize to the Court.

5. Plaintiff has been diligent in prosecuting this case. Specifically, Plaintiff has served Defendant with disclosures, initiated the required 26(F) conference, filed Joint Rule 26F report and amended its complaint to include the Defendant's general partner. Earlier this week, Plaintiff approached ActiTech, LP's counsel to confer whether he would be filing an answer or whether his client believed that ActiTech, LP's stay extended to Active Group Management, LLC.

WHEREFORE, Mr. Garcia prays that the above informs the Court regarding his non-appearance and is available should the above not be sufficient.

Respectfully submitted,

/s/ Matias Eduardo Garcia
Matias Eduardo Garcia
State Bar No. 24012675
matt@barnettgarcia.com
BARNETT & GARCIA
A Professional Limited Liability Company
3821 Juniper Trace, Suite 108
Austin, Texas 78738
TELEPHONE: (512) 266-8830
FACSIMILE: (512) 266-8803

**ATTORNEYS FOR PLAINTIFF**

OC50155.001